**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO,
KENNETH HAMM, JOHN DOWNS and JEFF LONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS – WEST,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a California Municipal Corporation; FRESNO AREA EXPRESS, California Municipal Agency; KENNETH HAMM, Director of Transportation, sued in his official and personal capacity; JOHN DOWNS, Senior Transportation Planner; sued in his official and personal capacity; JEFF LONG, Planning Coordinator II, sued in his official and personal capacity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:08-CV-01129 OWW SMS<br><br>STIPULATION TO CONTINUE HEARING DATE; AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. Defendants' Motion to Dismiss Complaint; For More Definite Statement; and to Strike portions of the Complaint is scheduled to be heard on May 11, 2009.

2. The parties are in settlement negotiations and would like to continue the pending motion to pursue further discussions.

3. It is respectfully requested that Defendants' Motion to Dismiss scheduled in the captioned matter before this Court on May 11, 2009 be continued to a date in June or July which is convenient to the Court's calendar.

Respectfully requested,


Dated: May 5, 2009                    BETTS & WRIGHT


By  /s/ Joseph D. Rubin
     Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO, KENNETH HAMM, JOHN DOWNS and JEFF LONG


Dated: May 5, 2009                    WEINBERG, ROGER & ROSENFELD


By  /s/ Bruce Harland
     Bruce Harland
Attorneys for Plaintiff SEIU, UNITED HEALTHCARE WORKERS – WEST

**ORDER**

IT IS SO ORDERED. The hearing shall be continued to July 27, 2009 at 10:00 AM.

IT IS SO ORDERED.

Dated: May 6, 2009 /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE