UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS-WEST,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, A CALIFORNIA MUNICIPAL CORPORATION, FRESNO AREA EXPRESS, A CALIFORNIA MUNICIPAL AGENCY, ET AL.<br><br>Defendants. | 1:08-CV-1129 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

      Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   July 30, 2009**              /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE